Peoples State Bank of Arlington Heights, appellee, v. Herman F. Redeker et al., appellants. Gen. No. 34,386.

Opinion filed March 24, 1931. Rehearing denied April 6, 1931.

Benedict J. Short, Joseph Z. Willner and Hugo J. Thal, for appellants; Joseph Z. Willner and Bernhardt Frank, of counsel. C. H. Sippel, Emmet J. Cleary and Oliver B. Opsahl, for appellee; C. H. Sippel, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Sheridan Electric Sign Service, plaintiff in error, v. Sam Kerman, defendant in error. Gen. No. 34,481..

Opinion filed March 24, 1931.

Walter P. Murphy and Robert L. Floyd, for plaintiff in error. Louis J. Victor, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

John Ehardt and Mathias Ehardt, plaintiffs in error, v. Max Sugarman, defendant in error. Gen. No. 34,499.

Opinion filed March 24, 1931.

Smietanka, Poulton & Bryant, for plaintiffs in error; Morton John Barnard, of counsel. Cummings & Wyman, for defendant in error; Harold Engstrom, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

Max Lowell Cable and Alex H. Spitz, trading as Cable & Spitz, appellees, v. C. O. Dobroth and R. Dobroth, trading as R. Dobroth & Company, appellants. Gen. No. 34,528.

Opinion filed March 24, 1931.

David J. Murphy, for appellants. No appearance for appellees.

Mr. Justice Gridley delivered the opinion of the court.